UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FRANK JESUS RODRIGUEZ OBISPO,
#245985505,

      Petitioner,

v.                             CIVIL ACTION NO. 2:26cv185

JEFFREY CRAWFORD,
*ICA-Farmville Detention Center*,

And

ROBERT GUADIAN,
*ICE Washington Field Office,*

      Respondents.

## FINAL ORDER

This matter was initiated by Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed pro se Petitioner Frank Jesus Rodriguez Obispo ("Petitioner" or "Obispo"). Obispo also paid the required $5.00 filing fee. (ECF No. 1). Obispo's petition alleges he was an immigration detainee being housed at ICA-Farmville Detention Center. His petition seeks release from custody or in the alternative a bond hearing. Respondents opposed the petition arguing Obispo was subject to mandatory detention under 8 U.S.C. § 1231, as he was subject to a final order of removal. (ECF No. 6).

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United

1

States District Court for the Eastern District of Virginia for report and recommendation. On June 17, 2026, the Magistrate Judge filed a Report and Recommendation recommending Respondents' motion to dismiss set out in the Opposition be granted and the petition be denied and dismissed, as Obispo was lawfully detained awaiting execution of a final order of removal. (ECF No. 9). By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. Obispo's copy of the Report and Recommendation was returned to the court as undeliverable. Although the court received no objections to the Report and Recommendation, on June 26, 2026, Respondents filed a Motion to Dismiss and supporting brief arguing that Obispo's claims should be rendered moot as he was released from immigration detention and removed from the United States on June 1, 2026. (ECF No. 11). The court has received no communication from Obispo since the filing of his petition.

Accordingly, having reviewed the record, no party having objected, the court does hereby accept and adopt the findings and recommendations set forth in the Report and Recommendation filed June 17, 2026, and it is therefore **ORDERED** that Respondent's Motion to Dismiss set out in the Opposition (ECF No. 6) is **GRANTED**, and the Petition (ECF No. 1) is **DENIED** and **DISMISSED** as a result of Petitioner's lawful detention preceding his removal and eventual departure and release from ICE custody. In light of the dismissal, the Clerk is **DIRECTED** to **TERMINATE AS MOOT** Respondents' second Motion to Dismiss (ECF No. 10).

**Any party who intends to appeal this Final Order, must within sixty (60)**

2

**days from the date of this Order file a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. <u>Frayer v. Warden, FCI Beckley</u>, No. 23-6054, 2023 WL 3268719, at \*1 (4th Cir. May 5, 2023) ("When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order.").**

The Clerk shall mail a copy of this Final Order to Petitioner and provide an electronic copy to all counsel for Respondent.

/s/
_____
Arenda L. Wright Allen
Senior United States District Judge

July 17, 2026
Norfolk, Virginia